**Motion Granted; Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00057-CV

_____

## IN RE NELSON T. HENSLEY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-14036**

---

## M E M O R A N D U M   O P I N I O N

On January 25, 2011, relator Nelson T. Hensley filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52.1. In the petition relator asks this court to order the respondent, the Honorable Judy Warne, presiding judge of the 257th District Court, Harris County, Texas, to vacate orders signed December 16, 2011.

On April 13, 2012, relator filed a motion to dismiss the petition for writ of mandamus because the underlying suit was dismissed pursuant to settlement.   The motion is granted.

Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.